SCAD-19-0000849

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

In re: Application for the Reinstatement of

ANDREW A. AGARD

---

ORIGINAL PROCEEDING

(Prior Supreme Court No. SCAD-13-0006297;
Prior ODC Case No. 13-063-9133)

<u>ORDER GRANTING PETITION FOR REINSTATEMENT</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the Report, Findings, and Recommendation for the Reinstatement of Petitioner Andrew A. Agard to the practice of law, submitted to this court on December 11, 2019 by the Disciplinary Board of the Hawaiʻi Supreme Court, the record in this matter and in SCAD-13-0006297, and the lack of opposition from the Office of Disciplinary Counsel,

IT IS HEREBY ORDERED that Andrew A. Agard's petition for reinstatement is granted.

IT IS FURTHER ORDERED, pursuant to Rule 2.17(b) of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), that

Andrew A. Agard is reinstated to the practice of law in this jurisdiction.  This order is effective upon filing, subject to the conditions of RSCH Rule 17(d) concerning proper registration with the Hawaiʻi State Bar Association and the payment of required dues.

IT IS FINALLY ORDERED that, pursuant to RSCH Rule 2.17(d), Petitioner Agard shall bear the costs of the reinstatement proceedings, upon the timely submission of a verified bill of costs, within 60 days of the date of entry of this order.

DATED: Honolulu, Hawaiʻi, December 23, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

